■ AMERICAN PREFERRED PRESCRIPTION, INC., Appellant, v CONTINENTAL PHARMACY, INC., et al., Respondents, et al., Defendants. [627 NYS2d 390] —Order, Supreme Court, New York County (Joan Lobis, J.), entered on or about May 13, 1994, which, *inter alia*, granted defendants-respondents' motion for summary judgment dismissing the complaint as against them, unanimously affirmed, with costs.

The judgment in the prior Federal action (*Preferred RX v American Prescription Plan*, US Dist Ct, ND Ohio, Manos, J., *affd in part and revd in other respects* 46 F3d 535 [6th Cir]) is *res judicata* of the present action, both actions involving the

same parties and substantially similar facts that arose out of the same series of transactions and that would have formed a convenient trial unit (*Smith v Russell Sage Coll.*, 54 NY2d 185). Plaintiff could have and should have raised its current claims in the Federal action (*see, Action Pictures v Films Around The World*, 202 AD2d 188). Concur—Murphy, P. J., Rosenberger, Wallach, Williams and Tom, JJ.